# NOTICE OF APPEAL

## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT: <u>WESTERN DISTRICT OF PENNSYLVANIA – PITTSBURGH</u>
(District/State)  (Location)

U.S. TAX COURT (__)    CIRCUIT COURT DOCKET NO. _____
(Leave Blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT or TAX COURT NO.    2:17-cr-27-3

DISTRICT or TAX COURT JUDGE    Hornak

Notice is hereby given that    Michele Connell
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from

(<u>X</u>) Judgment    (__) Order    (<u>X</u>) Other (Specify)    <u>Verdict of guilt and all other appealable</u> Orders.

entered in this action on _____
(date)

DATED:

__Filed by the Clerk at the instruction of the Defendant__
(Counsel for Appellant – Signature)

| | |
|---|---|
| _____ | Nicole Stockey |
| (Name of Counsel - typed) | (Counsel for Appellee) |
| | 700 Grant Street, Suite 4000 |
| (Address) | (Address) |
| | Pittsburgh, PA 15219 |
| (City, State, Zip Code) | (City, State, Zip Code) |
| | (412) 644-3500 |
| (Telephone No. – U.S. Govt FTS or Other) | (Telephone No. – U.S. Govt FTS or Other) |

Note: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.